# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 4:05cr14-RH
   4:07cv154-RH/WCS

WILLIE HENRY WILLIAMS,

    Defendant.
_____/

## ORDER DENYING § 2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 77), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's second amended motion for relief under 28 U.S.C. §2255 (document 59) is DENIED WITH PREJUDICE. The clerk must enter judgment and close the file.

SO ORDERED on February 14, 2009.

    s/Robert L. Hinkle
    Chief United States District Judge